UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>     C/O UNITED STATES ATTORNEY  )<br>Judiciary Center Building       )<br>555 Fourth Street, N.W.        )<br>Washington D.C. 20530           )<br>                                )<br>          Plaintiff,            )<br>                                )<br>     v.                         )<br>                                )<br>$14,028.68 IN UNITED STATES     )<br>CURRENCY,                       )<br>                                )<br>          Defendant             )<br>_____) | Case No. 1:06CV00927<br>Judge: Richard W. Roberts<br>Deck Type: General Civil |

## ANSWER

The defendant, Larnell Seeney, the possessor of $14,028.68 IN UNITED STATES CURRENCY, by and through counsel as follows:

1. The defendant denies all allegations in paragraph number 1 and reserves the right to amend the answer as additional information, facts and evidence is revealed.

2. The defendant neither admits nor denies of the allegations contained in paragraph number 2, and demands strict proof thereof.

3. The defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph number 3, and demands strict proof thereof.

4. The defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph number 4, and demands strict proof thereof.

5. The defendant admits the allegation in paragraph number 5.

6. The defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph number 6, and demands strict proof thereof.

7. The defendant admits the allegations contained in paragraph number 7.

8. The defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph number 8, and demands strict proof thereof.

9. The defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph number 9, and demands a strict proof thereof.

10. The defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph number 10, and demands strict proof thereof.

11. The defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph number 11, and demands strict proof thereof.

12. The defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph number 12, and demands strict proof thereof.

13. The defendant admits the allegations contained in paragraph number 13.

## COUNT I

14. The defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph number 14, and demands strict proof thereof.

15. The defendant denies the allegations in paragraph 15, and demands strict proof thereof.

## COUNT II

16. The defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph number 16, and demands strict proof thereof.

17. The defendant denies the allegations in paragraph 17, and demands strict proof thereof.

## COUNT 111

18. The defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph number 18, and demands strict proof thereof.

19. The defendant denies the allegations in paragraph 19, and demands strict proof thereof.

20. The defendant hereby denies any averment therein the complaint which are neither admitted or denied or otherwise addressed in this answer.

**WHEREFORE**, defendant respectfully requests that this Honorable Court deny the government's request and order the return of $14,028.68 IN UNITED STATES CURRENCY.

Respectfully submitted,

_Harry Tun_ by DKD 430057
Harry Tun, DC 416262
400 Fifth Street, N.W. Suite 300
Washington, DC 20001
(202) 347-2882 (Office)
(202) 783-5407 (Facsimile)
*Counsel for the defendant*

_____
Larnell Seeney

    **I HEREBY CERTIFY** that on this ___19th___ day of ___June___, 2006, before me, Notary Public in and for the jurisdiction aforesaid, personally appeared Larnell Seeney, whose name is subscribed to the foregoing Answers to the Notice of Seizure, who, after being sworn, made oath in due form of law under the penalties of perjury that the matters and facts set forth in the foregoing document are true and correct as therein stated and acknowledged said Answers to be his voluntary act and deed.

_____
Notary Public

My Commission Expires: ___10-14-2007___

Debra L. Sutherland
Notary Public, District of Columbia
My Commission Expires 10-14-2007


### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this __22__th day of June 2006, I caused a true and correct copy of the foregoing Answer to the Verified Complaint for Forfeiture *In Rem* to be delivered by first class U.S. Mail to:

Kenneth L. Wainstein, United States Attorney,
William R. Cowden, Assistant U.S. Attorney, and
Judith A. Kidwell, Assistant U.S. Attoreny
555 4th Street, N.W. Room 4818
Washington, D.C. 20530

_____
Harry Tun    by DVD 430057