UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>    C/O UNITED STATES ATTORNEY  )<br>Judiciary Center Building         )<br>555 Fourth Street, N.W.            )<br>Washington D.C. 20530             )<br>                             )<br>                 Plaintiff,   )<br>                             )<br>    v.                                                   )<br>                             )<br>$14,028.68 IN UNITED STATES  )<br>CURRENCY,                              )<br>                             )<br>               Defendant  )<br>_____) | Case No. 1:06CV00927<br>Judge: Richard W. Roberts<br>Deck Type: General Civil |

**PRAECIPE**

      COMES NOW the Defendant, $14,028.68 IN UNITED STATES CURRENCY and Larnell Seeney , and asks this court to enter the appearance of Harry Tun, Esquire and Daniel K. Dorsey, Esquire as attorneys of record for the Defendant

                                              Respectfully submitted,

                                              /s/ Harry Tun
                                              Harry Tun, #416262
                                              400 Fifth Street, N.W. #300A
                                              Washington, DC  20001
                                              (202)-393-2882


                                              /s/ Daniel K. Dorsey
                                              Daniel K. Dorsey, #430057
                                              400 Fifth Street, N.W. #300B
                                              Washington, DC  20001
                                              (202)-347-9000

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 22th day of June 2006, I caused a true and correct copy of the foregoing Praecipe to be delivered by electronic e-filing to:

Kenneth L. Wainstein, United States Attorney,
William R. Cowden, Assistant U.S. Attorney, and
Judith A. Kidwell, Assistant U.S. Attorney
555 4th Street, N.W. Room 4818
Washington, D.C. 20530

                /s/ Harry Tun
                Harry Tun