UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    C/O UNITED STATES ATTORNEY  )<br>    Judiciary Center Building  )<br>    555 Fourth Street, N.W.  )<br>    Washington D.C. 20530  )<br>    )<br>        **Plaintiff,**  )<br>    )<br>    v.  )<br>    )<br>**$14,028.68 IN UNITED STATES**  )<br>**CURRENCY,**  )<br>    )<br>        **Defendant**  )<br>    ) | Case No. 1:06CV00927<br>Judge: Richard W. Roberts<br>Deck Type: General Civil |

**PRAECIPE**

    COMES NOW the Defendant, $14,028.68 IN UNITED STATES CURRENCY and Larnell Seeney , and asks this court to enter the appearance of Harry Tun, Esquire and Daniel K. Dorsey, Esquire as attorneys of record for the Defendant

    Respectfully submitted,


/s/ Harry Tun
Harry Tun, #416262
400 Fifth Street, N.W. #300A
Washington, DC  20001
(202)-393-2882


/s/ Daniel K. Dorsey
Daniel K. Dorsey, #430057
400 Fifth Street, N.W. #300B
Washington, DC  20001
(202)-347-9000

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 22th day of June 2006, I caused a true and correct copy of the foregoing Praecipe to be delivered by electronic e-filing to:

Kenneth L. Wainstein, United States Attorney,
William R. Cowden, Assistant U.S. Attorney, and
Judith A. Kidwell, Assistant U.S. Attorney
555 4th Street, N.W. Room 4818
Washington, D.C. 20530

                                                /s/ Harry Tun
                                                Harry Tun