UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>    C/O UNITED STATES ATTORNEY )<br>   Judiciary Center Building       )<br>   555 Fourth Street, N.W.          )<br>   Washington D.C. 20530           )<br>                                      )<br>          **Plaintiff,**       )<br>                                      )<br>        v.         )<br>                                      )<br>**$14,028.68 IN UNITED STATES**<br>**CURRENCY,**                                       )<br>          **Defendant**        )<br>_____ ) | Case No. 1:06CV00927<br>Judge: Richard W. Roberts<br>Deck Type: General Civil |

**NOTICE**

COMES NOW the Defendant, $14,028.68 IN UNITED STATES CURRENCY and Larnell Seeney , and asks this court to enter the attach Claim of Ownership by Larnell Seeney.

                                    Respectfully submitted,

                                    /s/ Harry Tun
                                    Harry Tun, #416262
                                    400 Fifth Street, N.W. #300A
                                    Washington, DC  20001
                                    (202)-393-2882

                                    /s/ Daniel K. Dorsey
                                    Daniel K. Dorsey, #430057
                                    400 Fifth Street, N.W. #300B
                                    Washington, DC  20001
                                    (202)-347-9000

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 29th day of June 2006, I caused a true and correct copy of the foregoing Notice and attached Claim of Ownership to be delivered by electronic e-filing to:

Kenneth L. Wainstein, United States Attorney,
William R. Cowden, Assistant U.S. Attorney, and
Judith A. Kidwell, Assistant U.S. Attorney
555 4th Street, N.W. Room 4818
Washington, D.C. 20530

                                                /s/ Harry Tun
                                                Harry Tun