Seizure Number 3920050165
Asset Id Number 05-FBI-003596
Larnell E. Seeney's Claim of Ownership under oath

To Whom It May Concern:

I, Larnell E. Seeney, after being sworn, made oath in due form of law under the penalties of perjury make this claim of ownership that the seized $14,028.68 in funds: $12,440.39 funds from Savings Account #003939312824 and $1,588.29 funds from Checking Account #001920922940, both in the name of Larnell Seeney, at Bank of America, Washington, D.C. are mine and $9,500.00 of this money was Gambling winnings. The remainder of the money was secured by me through Student Loans which I was awarded to attend college. I will provide that documentation in due course.

I am currently detained in D.C. Jail and I give my Attorney, Harry Tun, all powers to act on my behalf with respect to this matter.

_____
Larnell E. Seeney

6/28/06
DATE

_____
Harry Tun

June 28, 2006
DATE

_____
Herbert Robinson
Notary Public
District of Columbia
My Commission Expires
November 30, 2009