UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **$14,028.68 IN UNITED STATES** : <br> **CURRENCY,** : <br> : <br> **Defendant.** : <br> : | Civil Action No. 06-00927 (RWR) |

**PARTIES' JOINT REPORT PURSUANT TO LCvR 16.3(d)**

Pursuant to LCvR 16.3(d), the United States of America, the Plaintiff herein, as represented by the United States Attorney for the District of Columbia, and Claimant Larnell Seeney, by counsel, ("the Parties") hereby, make their Rule 16.3(d) report to the Court.

The Plaintiff's verified complaint was filed on May 16, 2006, alleging that the defendant, $14,028.68 in United States currency, was involved in a money laundering offense in violation of 18 U.S.C. §§ 1956 or 1957, and/or constituted or was derived from proceeds traceable to a specified unlawful activity under the federal anti-money laundering statutes. In June 2006, Claimant, Larnell Seeney, by counsel, filed a Verified Statement and an Answer in this matter.

On July 27, 2006, the Parties met and conferred pursuant to LCvR 16.3(d).

(1) **Dispositive Motion**: The Parties believe that this case can be disposed of by dispositive motion.

(2) **Joinder of Parties**: The Parties do not believe that additional parties need be joined.

(3) **Assignment to a Magistrate Judge**: The Parties object to the referral of this matter to a Magistrate Judge.

(4) **Possibility for Settlement**: The Parties believe that there is a possibility for settlement, but not until some discovery has been completed.

(5) **ADR**: The Parties believe that it is too early to assess whether alternative dispute resolution will be appropriate.

(6) **Resolution by Dispositive Motion**: The Parties believe that this case can be resolved, in whole or in part, by dispositive motion.

(7) **Initial Disclosures**: The Parties will exchange initial disclosures by August 30, 2006, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

(8) **Discovery**: The Parties propose a four (4) month discovery period and up to three (3) depositions for each party. The Parties propose the submission of up to thirty (30) interrogatories and ten (10) requests for production of documents (excluding sub-parts) by each party.

(9) **Exchange of Expert Witness Information**: Should this case go to trial, the Parties may need expert testimony and will provide disclosures to the other Party at the pretrial conference.

(10) **Class Action Procedures**: Not applicable.

(11) **Bifurcation of Trial and/or Discovery**: Not applicable.

(12) **Date for Pretrial Conference**: The Parties request that the pretrial conference not be set until the Court has ruled on any dispositive motions filed following the close of discovery in this case.

(13) **Trial Date**: The Parties believe that the Court should set the trial date at the pretrial conference, rather than in the scheduling order.

(14) **Other Matters**: None.

Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar No. 451058


_____/s/_____
WILLIAM R. COWDEN
Assistant United States Attorney
D.C. Bar No. 426301


_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th St., N.W., Room 4818
Washington, D.C. 20530
(202) 514-7250
**For the Plaintiff**


_____/s/_____
HARRY TUN, ESQ.
D.C. Bar No. 416262
DANIEL K. DORSEY, ESQ.
D.C. Bar 430057
400 Fifth Street, N.W.
#300B
Washington, D.C. 20001
**For the Claimant, Larnell Seeney**