## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action No.  06-00927 (RWR)** |
| **v.** | : | |
| | : | |
| **$14,028.68 IN UNITED STATES** | : | |
| **CURRENCY,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## SCHEDULING ORDER

UPON CONSIDERATION OF the Parties' Joint Report to the Court pursuant to LCvR

16.3(d), and the pleadings filed in the instant case, and following a brief scheduling conference

on the ____ day of _____ 2006, it is, hereby,

ORDERED that:

A.     The parties shall exchange Initial Disclosures, pursuant to the requirements of Rule 26(a)

(1), F. R. Civ. P, no later than **August 30, 2006**.

B.     The following limitations on discovery shall apply:

1.     The number of interrogatories shall be limited to 30 for each party and the number

of requests for production of documents shall be limited to 10 for each party,

subparts excluded;

2.     The number of depositions shall be limited to three for each party;

3.     The Parties shall exchange any expert witness information or file any stipulations

with respect to expert testimony by the date of the pretrial conference;

4.      Discovery shall be completed 120 days from the date of entry of this  Scheduling

Order by the Court.

C.      Any motion dispositive of the claims or any of the allegations contained in the Complaint

shall be filed within 60 days after the conclusion of discovery.  The opposition to such

motion shall be filed within 30 days of the filing of the dispositive motion, and replies

shall be due 15 days after the filing of any opposition.

D.      If claims remain after the Court's ruling on any dispositive motion, a pretrial conference

will be scheduled _____.  If no dispositive motion is filed, a pretrial conference

will be scheduled to occur at the earliest possible date following the deadline for filing

dispositive motions.

E.      It is the Court's intention to set a trial date at the earliest possible date following the

pretrial conference.

_____
RICHARD W. ROBERTS
United States District Judge

Send copies of the signed Order to:


JUDITH A. KIDWELL
ASSISTANT U.S. ATTORNEY
Criminal Division, Asset Forfeiture Unit
555 Fourth Street, N.W., Room 4818
Washington, D.C. 20530

HARRY TUN, ESQ.
DANIEL K. DORSEY, ESQ.
400 Fifth Street, N.W.
#300B
Washington, D.C. 20001