**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                              )
                              )
UNITED STATES OF AMERICA      )
                              )
     Plaintiff,               )
                              )
          v.                  )    Civil Action No. 06-927 (RWR)
                              )
$14,028.68 IN UNITED STATES   )
CURRENCY                      )
                              )
     Defendant.               )
_____)
```

### ORDER FOR INITIAL SCHEDULING CONFERENCE

    It is hereby ORDERED that the initial scheduling conference be and hereby is set for October 6, 2006 at 9:45 a.m. Counsel who attend must be sufficiently familiar with the case to answer any questions that arise. Parties are welcome and are encouraged to attend.

    Parties' written communication with the Court is to be by motion, opposition, and reply, rather than by letter. Oral inquiries concerning the status or scheduling of any pending matter shall be directed to the Courtroom Deputy Clerk, Ms. Linda Romero, (202) 354-3166, rather than to chambers. If Ms. Romero is unavailable, such inquiries shall be directed to the staff person in the Clerk's Office designated as her substitute. In an emergency, however, chambers can be reached at (202) 354-3400.

    A request for a continuance of a court date must include alternative dates that have been agreed to by all parties. Failure to provide such information may result in denial of the request.

```
    9/18/06                         /s/
    Date                       RICHARD W. ROBERTS
                               United States District Judge
```