UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>    C/O UNITED STATES ATTORNEY  )<br>    Judiciary Center Building       )<br>    555 Fourth Street, N.W.         )<br>    Washington D.C. 20530           )<br>                                    )<br>                **Plaintiff,**  )<br>                                    )<br>    v.                              )<br>                                    )<br>**$14,028.68 IN UNITED STATES**    )<br>**CURRENCY,**                      )<br>                                    )<br>                **Defendant**   )<br>_____)  | Case No. 1:06CV00927<br>Judge: Richard W. Roberts<br>Deck Type: General Civil |

**CONSENT MOTION FOR CONTINUANCE**

COMES NOW the Defendant, $14,028.68 IN UNITED STATES CURRENCY and Larnell Seeney, and asks this Honorable Court to continue the initial scheduling conference currently set for October 6, 2006 at 9:45 a.m. As grounds for this motion, the Defendant, through counsel states the following:

1. On September 20, 2006, this Honorable Court issued an Order for an initial scheduling conference, setting the date and time for October 6, 2006 at 9:45 a.m.

2. Neither counsel for the Defendant is available on that date and time.

3. Undersigned counsel, Daniel K. Dorsey will be out of the country on a vacation and not returning until October 7, 2006.

4. Undersigned counsel, Harry Tun, will be out of the jurisdiction with a sentencing set in the Eastern District of Virginia on that date and time. Additionally, Mr.

      Tun has a trial set for that date in Small Claims Court for the District of Columbia, immediately after the sentencing in Virginia.

5.    Undersigned counsel has contacted government counsel, Judith Kidwell and she is unopposed to continuing this Scheduling conference.

6.    All counsels are available on October 12th or the 13th, preferably after 10:00 a.m. on either day. Ms. Kidwell is not available on October 11, 2006.

Wherefore counsels for the parties request that this motion be granted. A proposed Order is attached

                Respectfully submitted,

                /s/ Harry Tun
                Harry Tun, #416262
                400 Fifth Street, N.W. #300A
                Washington, DC 20001
                (202)-393-2882

                /s/ Daniel K. Dorsey
                Daniel K. Dorsey, #430057
                400 Fifth Street, N.W. #300B
                Washington, DC 20001
                (202)-347-9000

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 22th day of September 2006, I caused a true and correct copy of the foregoing Consent Motion to be delivered by electronic e-filing to:

Kenneth L. Wainstein, United States Attorney,
William R. Cowden, Assistant U.S. Attorney, and
Judith A. Kidwell, Assistant U.S. Attorney
555 4th Street, N.W. Room 4818
Washington, D.C. 20530

                /s/ Daniel K. Dorsey
                Daniel K. Dorsey