UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>    C/O UNITED STATES ATTORNEY )<br>    Judiciary Center Building )<br>    555 Fourth Street, N.W. )<br>    Washington D.C. 20530 )<br>  )<br>        **Plaintiff,** )<br>  )<br>    v.  )<br>  )<br>**$14,028.68 IN UNITED STATES** )<br>**CURRENCY,** )<br>  )<br>        **Defendant** )<br>_____ ) | Case No. 1:06CV00927<br>Judge: Richard W. Roberts<br>Deck Type: General Civil |

**ORDER**

WHEREUPON, having considered the Consent Motion to Continue, and there being no Government objection thereto, and the record before the Court, it is hereby

**ORDERED**, that the motion is GRANTED, and

**IT IS FURTHER ORDERED**, that the Initial Scheduling Conference set for October 6th, 2006 at 9:45 a.m. will be vacated and reset for October ____, 2006 at _____.

_____            _____
DATE                                                                        RICHARD ROBERTS
                                                                                      UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth L. Wainstein, United States Attorney,
William R. Cowden, Assistant U.S. Attorney, and
Judith A. Kidwell, Assistant U.S. Attorney
555 4th Street, N.W. Room 4818
Washington, D.C. 20530


Harry Tun, Esquire
Daniel K. Dorsey, Esquire
400 Fifth Street, N.W. #300
Washington, D.C. 20001