IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )  <br> )  <br> **Plaintiff,**  )  <br> )  <br> v.  )  <br> )  <br> **$14,028.68 IN UNITED STATES**  )  <br> **CURRENCY,**  )  <br> )  <br> **Defendant.**  )  <br> ) | **Civil Action No. 06-00927 (RWR)** |

### NOTICE OF APPEARANCE

Please enter the appearance of Barry Wiegand as counsel for the United States in this action, and withdraw Judith Kidwell.

Respectfully submitted,

/s/
BARRY WIEGAND, DC Bar #424288
Assistant United States Attorney
555 4th St., N.W.
Washington, DC  20530
202-307-0299

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing Notice of Appearance to be served upon claimant's counsel of record by means of the Court's ECF system on this  26th  day of January 2007.

/s/
BARRY WIEGAND
Assistant United States Attorney