**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 06-0927 (RWR)** |
| | : | **Next date: Feb. 16, 2007; 9:15 a.m.** |
| **$14,028.68 IN UNITED STATES** | : | |
| **CURRENCY,** | : | |
| **Defendant.** | : | |
| | : | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE,**
**NOW SET FOR FRIDAY, FEBRUARY 16, 2007, AT 9:15 A.M.**
**PENDING PROBABLE CONCLUSION OF SETTLEMENT**

   ***COMES NOW***, the United States of America, by and through its attorney, the United

States Attorney for the District of Columbia, together with counsel for claimant, Messrs. Daniel K.

Dorsey, Esq., and Harry Tun, Esq., respectfully to move jointly for an order from this Honorable

Court to continue the status conference now set for Friday, February 16, 2007, at 9:15 a.m., pending

the outcome of final discussions on an out-of-court settlement, which both parties believe can be

achieved during approximately the next week. As ground wherefore, both parties submit as follows:

   1.     This is a civil action *in rem* by which plaintiff United States seeks a decree of

forfeiture of a sum of United States currency. Claimant has entered this litigation to oppose

forfeiture, and plaintiff and claimant are the only parties to this case. By previous order issued in

October 2006, this Court directed, *inter alia*, that the parties appear in Court tomorrow, Friday,

February 16, 2007, at 9:15 a.m., for a status conference, largely to report if this matter can be settled.

   2.     Undersigned counsel and claimant's counsel have pursued settlement discussions,

which largely have come to fruition during the past ten days. A final agreement, its execution

through a stipulation of settlement, and a consequent a dismissal, appear likely. Achieving this

before Friday's status conference has been hampered by delays beyond counsels's control, especially recent inclement weather.

3.     In light of this Court's other business, and in the general interest of judicial economy, both parties respectfully recommend that this Court continue the status conference set for tomorrow, Friday, December 16, 2007, at 9:15 a.m., until a subsequent date, at least a week later.  Both parties respectfully further submit that this short continuance very possibly could obviate the need for further proceedings in open court.  For logistical reasons, only counsel for the government is signing this motion, but he is authorised to state that claimant's counsel join in the motion and favor it being granted.  A draft of an order granting this motion is attached.

**WHEREFORE**, the plaintiff and claimant respectfully pray this Honorable Court to grant this motion and to enter the attached proposed order.

Respectfully submitted,

/s/bsw
JEFFREY A. TAYLOR, Bar No. 498610
UNITED STATES ATTORNEY

/s/
BARRY WIEGAND, Bar No. 424288
Assistant U.S. Attorney
Asset Forfeiture Section
555 Fourth Street, NW, Fourth floor
Washington, D.C. 20001
(202) 307-0299
(202) 514-8707 (fax)
William.B.Wiegand@USDoJ.Gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have caused service of the foregoing motion and proposed order, to be made by filing it through the Court's ECF electronic filing system, as well as by posting a copy of it deposited into the U.S. mails in an envelope stamped with postage sufficient for first-class handling and addressed to:

Messrs. Harry Tun, Esq., and Daniel K. Dorsey, Esq.
Counsel for Claimant
400 Fifth Street, N.W., Suite 300
Washington, D.C. 2001
(202) 347-9000 (Office)
(202) 783-5407 (fax)
Dorseylaw@AOL.Com

this 15th day of February 2007.

_____
Barry Wiegand, AUSA

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 06-0927 (RWR)** |
| | : | **Next date: Feb. 16, 2007; 9:15 a.m.** |
| **$14,028.68 IN UNITED STATES** | : | |
| **CURRENCY,** | : | |
| **Defendant.** | : | |
| | : | |

**ORDER**

This matter came before the Court on the JOINT MOTION TO CONTINUE STATUS CONFERENCE, NOW SET FOR FRIDAY, FEBRUARY 16, 2007, AT 9:15 A.M. PENDING PROBABLE CONCLUSION OF SETTLEMENT. Upon consideration of the motion and the entire record in this case, it is by the Court this ___ day of February 2007,

ORDERED, that the parties's joint motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that a status conference in this matter shall be held on February/March ___, 2007, at _____ a.m./p.m.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

cc:

Barry Wiegand
Assistant U.S. Attorney, Asset Forfeiture Section
555 Fourth Street, NW, Fourth floor
Washington, D.C. 20001
(202) 307-0299
(202) 514-8707 (fax)
William.B.Wiegand@USDoJ.Gov

Messrs. Harry Tun, Esq., and Daniel K. Dorsey, Esq.
Counsel for Claimant
400 Fifth Street, N.W., Suite 300
Washington, D.C. 2001
(202) 347-9000 (Office)
(202) 783-5407 (fax)
Dorseylaw@AOL.Com