UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **$14,028.68 IN UNITED STATES** : <br> **CURRENCY,** : <br> Defendant. : <br> _____ : | Civil Action No. 06-0927 (RWR) |

### JOINT STATUS REPORT TO ADVISE COURT OF SETTLEMENT AGREEMENT

***COMES NOW***, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, together with counsel for claimant, Messrs. Daniel K. Dorsey, Esq., and Harry Tun, Esq., respectfully to file this joint status report that the parties have agreed to settle this case and will file the appropriate documents not later than March 29, 2007. In support whereof, both parties submit as follows:

1. This is a civil action *in rem* by which plaintiff United States seeks a decree of forfeiture of a sum of United States currency. Claimant has entered this litigation to oppose forfeiture, and plaintiff and claimant are the only parties to this case. By previous minute order issued on February 16, 2007, the Court directed that the parties file a joint status report in 30 days on settlement discussions.

2. On behalf of the United States and claimant's counsel undersigned counsel respectfully wishes to apprise the Court that earlier this week, plaintiff proposed a settlement offer, which claimant accepted through counsel. The parties agreed to draw up documents to submit to the Court in the nature of a stipulation of settlement and ultimate dismissal.

3. In part because claimant's counsel expect to be performing professional duties late

next week out of the Washington, D.C., metropolitan area, the parties anticipate that all of the necessary documents will be filed by the Court not later than March 29, 2007.

  ***WHEREFORE***, the plaintiff and claimant respectfully pray this Honorable Court to accept this joint status report.

        Respectfully submitted,

         /s/bsw
        JEFFREY A. TAYLOR, Bar No. 498610
        UNITED STATES ATTORNEY

         /s/
        BARRY WIEGAND, Bar No. 424288
        Assistant U.S. Attorney
        Asset Forfeiture Section
        555 Fourth Street, NW, Fourth floor
        Washington, D.C. 20001
        (202) 307-0299
        (202) 514-8707 (fax)
        William.B.Wiegand@USDoJ.Gov

**CERTIFICATE OF SERVICE**

I certify that I have caused service of the foregoing motion and proposed order, to be made by filing it through the Court's ECF electronic filing system, as well as by posting a copy of it deposited into the U.S. mails in an envelope stamped with postage sufficient for first-class handling and addressed to:

Messrs. Harry Tun, Esq., and Daniel K. Dorsey, Esq.
Counsel for Claimant
400 Fifth Street, N.W., Suite 300
Washington, D.C. 2001
(202) 347-9000 (Office)
(202) 783-5407 (fax)
Dorseylaw@AOL.Com

this 15th day of March 2007.

_____
Barry Wiegand, AUSA