UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>$14,028.68 IN UNITED STATES CURRENCY,<br>    Defendant.<br>_____<br>Larnell Seeney,<br>    Claimant.<br>_____ | :<br>:<br>:<br>:  Civil Action No. 06-0927 (RWR)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATED SETTLEMENT

**COMES NOW**, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, together with counsel for claimant, Messrs. Daniel K. Dorsey, Esq., and Harry Tun, Esq., respectfully to notify the Court hereby that all parties to this case have assented to terms of an agreement that will dispose of all issues contested between them in this action, resulting ultimately in its dismissal.[1]

---

[1] On May 18, 2006, plaintiff United States of America commenced this civil action *in rem* for forfeiture with a complaint asking the Court to condemn and forfeit to plaintiff's use and benefit a sum of cash money. The defendant cash property in this forfeiture action, $14,028.68 in U.S. currency, was seized by police during the execution of a search warrant at location in Washington, D.C., on June 7, 2005. The United States published notice of seizure and forfeiture in The Washington Times on May 22, 2006, and in The Daily Washington Law reporter on May 26, 2006, in full compliance with applicable Local Rules and Federal Rules of procedure. On June 29, 2006, Larnell Seeney entered this action by filing a claim to the defendant property, and earlier also filed on June 22, 2006, an answer to plaintiff's complaint. The Court's docket sheet reflects that no other person filed a claim for the defendant cash property, and the time for filing claims has expired, so no other person properly may enter this case or become a party to it. Other than the U.S. Government plaintiff and the defendant cash property, claimant Seeney is the only other party to this action. Thus, this Stipulated Settlement, together with entry of the attached Final Order of Forfeiture, which the parties request, will resolve all issues contested between the Parties and disposes of this action entirely.

The terms of the agreement reached between the parties to this Stipulation are as follows:

I. Within 21 days of the Court's entry of the proposed Final Order of Forfeiture, plaintiff agrees to pay Claimant the sum of eight thousand seven-hundred seventy dollars and no cents ("$8770.00").

II. At an earlier point, plaintiff deposited all of the defendant property into a special account. In consideration of plaintiff's payment of $8770.00 to claimant, claimant agrees that this Court shall order the forfeiture to plaintiff of all of the balance of the defendant property, plus the balance of any funds in the special account arising from deposit of the defendant property into it, including any interest.

III. Claimant further agrees to waive forever any present or future right to bring any suit against the United States and any of its agencies, officers, employees, and agents for any cause of action related to the seizure of the defendant property or to this federal forfeiture action against the defendant property, or to the underlying facts of this case.

IV. The Parties agree that each shall bear its own court costs and legal expenses, and that neither party shall take any action or make any claim for fees, costs, or payments on account of fees owed to counsel.

The Parties represent that, in entering into and executing this Stipulated Settlement: (1) they have been given a reasonable period of time within which to consider the terms and conditions hereof; (2) they enter into this Stipulated Settlement voluntarily, with full knowledge of its significance, effects, and consequences, and without duress, threat, coercion, intimidation, promise, or inducement other than the terms and conditions set forth herein; and (3) the signatories for Claimant and the United States are authorized to execute this Stipulation and have full authority to bind that Party represented.

The Parties hereto acknowledge that this Stipulated Settlement sets forth their full and complete understanding with regard to the resolution of the above-captioned judicial action and the

claims raised therein. By executing this Stipulated Settlement, the Parties further acknowledge that they each understand its terms; that such terms are acceptable to each; that there are no additional obligations, either written or oral, to be performed by either Party beyond those set forth herein; that such terms are final and binding as to all claims that have been brought or could have been advanced on behalf of Claimant against the United States of America or in relation to the defendant property of $14,028.68 in United States currency.

WE ASK FOR THIS:

_____
HARRY TUN, Esq., Bar No. XXXXXX 416262
DANIEL K. DORSEY, Esq. Bar No. XXXXXX
Counsel for Claimant Larnell Seeney
400 Fifth Street, N.W., Suite 300
Washington, D.C. 20001
(202) 347-9000 (Office)
(202) 783-5407 (fax)
Dorseylaw@AOL.Com

_____
JEFFREY TAYLOR, Bar No. 498610
United States Attorney

_____
WILLIAM R. COWDEN, Bar No. 426301
BARRY WIEGAND, Bar No. 424288
Assistant United States Attorneys
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 307-0299
(202) 514-8707 (fax)
William.B.Wiegand@USDoJ.Gov

3