UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         :<br>            Plaintiff,       :<br>                             :<br>    v.                       :<br>                             :<br>$14,028.68 IN UNITED STATES  :<br>CURRENCY,                    :<br>            Defendant.       :<br>                             :<br>Larnell Seeney,              :<br>            Claimant.        :<br>_____: | Civil Action No. 06-0927 (RWR) |

### FINAL ORDER OF FORFEITURE

Plaintiff, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Claimant Larnell Seeney ("Claimant" or "Seeney"), by and through counsel, Messrs. Harry Tun, Esq., and Daniel K. Dorsey, Esq., notified the Court through a Stipulated Settlement that the parties have agreed to settle this civil action.

The record in this case reflects that notice of the seizure of the property involved in this civil forfeiture action, the defendant $14,028.68 in United States currency (hereafter "defendant property"), was published in The Washington Times on May 22, 2006, and in The Daily Washington Law Reporter on May 26, 2006, in full compliance with applicable Local Rules and Federal Rules of procedure. Larnell Seeney was the only person who filed a claim in this case. Therefore, the Stipulated Settlement resolves all controverted issues in this case.

The terms and conditions of the Stipulated Settlement are as follows:

I. Within 21 days of the Court's entry of the proposed Final Order of Forfeiture, plaintiff agrees to pay Claimant the sum of eight thousand seven-hundred seventy dollars and no cents ("$8770.00").

II. At an earlier point, plaintiff deposited all of the defendant property into a special account. In consideration of plaintiff's payment of $8770.00 to

          claimant, claimant agrees that this Court shall order the forfeiture to plaintiff of all of the balance of the defendant property, plus the balance of any funds in the special account arising from deposit of the defendant property into it, including any interest.

III.    Claimant further agrees to waive forever any present or future right to bring any suit against the United States and any of its agencies, officers, employees, and agents for any cause of action related to the seizure of the defendant property or to this federal forfeiture action against the defendant property, or to the underlying facts of this case.

IV.    The Parties agree that each shall bear its own court costs and legal expenses, and that neither party shall take any action or make any claim for fees, costs, or payments on account of fees owed to counsel.

***NOW THEREFORE***, in consideration of the entire record in this case and the consent and agreement between the United States and Claimant, and in final resolution of all remaining contested issues as to right, title, and interest to the defendant $14,028.68 in United States currency, it is hereby

***ORDERED, ADJUDGED AND DECREED***, that the Stipulated Settlement is accepted and approved, and that $8770 shall be paid by plaintiff United States to claimant Larnell Seeney in accordance with the terms set forth above; and it is

***FURTHER ORDERED***, that the balance of the defendant property, together with any interest or other such funds attributable to it, is hereby adjudged and decreed forfeit to plaintiff United States to be disposed of in accordance with law; and it is

***FURTHER ORDERED***, that the above-captioned case is DISMISSED, except that the Court

shall retain jurisdiction to enforce the provisions of the Stipulated Settlement.

The Clerk is hereby directed to send a certified copy of this Order to all counsel of record and to the United States Marshals Service.

ENTERED on this _23rd_ day of _April_, 2007.

_____
RICHARD W. ROBERTS,
UNITED STATES DISTRICT JUDGE

Copies to:

William R. Cowden
Barry Wiegand
Assistant United States Attorneys
555 4th Street, N.W., 4th Floor
Washington, D.C. 20001
(202) 307-0299
(202) 514-8707 (fax)
William.B.Wiegand@USDoJ.Gov

Messrs. Harry Tun, Esq., and Daniel K. Dorsey, Esq.
Counsel for Claimant
400 Fifth Street, N.W., Suite 300
Washington, D.C. 2001
(202) 347-9000 (Office)
(202) 783-5407 (fax)
Dorseylaw@AOL.Com